Filed by: Fax
Date: 12-9-13
Time: 4:01pm
Deputy Clerk:

$370.00

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 733-606

DIVISION "P"

CODED

KALE FLAGG

VERSUS

DR. DENISE ELLIOT, WEST JEFFERSON MEDICAL CENTER, FOOT AND ANKLE CENTER, STRYKER CORPORATION; MEMOMENTAL INC., USA, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY , GHI INSURANCE COMPANY, JKL INSURANCE COMPANY, AND MNO INSURANCE COMPANY

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, KALE FLAGG, a person of the full age of majority and domiciled in Orleans Parish, Louisiana, who avers as follows:

1.

Defendant, Dr. Denise Elliot, is a person of the full age of majority, and a resident of Jefferson Parish, Louisiana.

2.

Defendant, West Jefferson Medical Center, is a Louisiana company doing business in Jefferson Parish, Louisiana.

3.

Defendant, Foot and Ankle Center, is a Louisiana company doing business in Jefferson Parish, Louisiana.

4.

Defendant, Stryker Corporation is a foreign corporation doing business in Jefferson Parish, Louisiana.

5.

Defendant, Memometal Inc. USA, is a foreign corporation doing business in Jefferson Parish, Louisiana.





04/08/2014 11:36:26CERTIFIED TRUE COPY - Pg 1 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

6.

Defendant, ABC Insurance Company, is a foreign insurance company, licensed to do and doing business in Louisiana; the correct name of said insurance company will be substituted when discovered during the progress of this case.

7.

Defendant, DEF Insurance Company, is a foreign insurance company, licensed to do and doing business in Louisiana; the correct name of said insurance company will be substituted when discovered during the progress of this case.

8.

Defendant, GHI Insurance Company, is a foreign insurance company, licensed to do and doing business in Louisiana; the correct name of said insurance company will be substituted when discovered during the progress of this case.

9.

Defendant, JKL Insurance Company, is a foreign insurance company, licensed to do and doing business in Louisiana; the correct name of said insurance company will be substituted when discovered during the progress of this case.

10.

Defendant, MNO Insurance Company, is a foreign insurance company, licensed to do and doing business in Louisiana; the correct name of said insurance company will be substituted when discovered during the progress of this case.

11.

On December 10, 2012, during a visit to offices of Defendants, Dr. Denise Elliot and Foot and Ankle Center, plaintiff discovered the implants in his toes had broken. On December 17, 2012, Dr. Elliot removed the implants and placed pins, and has since operated on Mr. Flagg's toes twice more in January 2013 due to complications from the December 17th surgery.

12.

Upon information and belief, Stryker Corporation, is the manufacturer of the defective implants. In the alternative, upon information and belief, Memometal Inc. USA is the manufacturer of the defective implants.



IMAGED DEC 17 2013

13.

Plaintiff's injuries were caused by the fault of Stryker Corporation, or in the alternative, Memometal Inc. USA, in that it manufactured and sold a defective product, pursuant to Louisiana law.

14.

Plaintiff's injuries were caused by the fault of Dr. Denise Elliot, in that she was Dr. Elliot violated the standard of care and was negligent in her surgery(ies), and/or her delay in diagnosing and treating the complications due to the surgery(ies) causing the complications which led to Claimant's injuries.

15.

Plaintiff's injuries were caused by the fault of West Jefferson Medical Center, in that they were negligent in hiring staff/an employee who violated standards of care. Further, the hospital failed to properly acquire and investigate the medical devices/implants used in their hospital and by their staff/employees.

16.

Plaintiff's injuries were caused by the fault of Foot and Ankle Center, in that they were negligent in hiring staff/an employee who violated standards of care. Further, the office failed to properly acquire and investigate the medical devices/implants used in their office and by their staff/employees.

17.

As a result of the negligence of defendants, plaintiff suffered personal injuries, including but not limited to disfigurement, inability to walk properly, constant pain, mental anguish, and emotional distress.

18.

Plaintiff's injuries were caused by the defective and unreasonably dangerous product manufactured and sold by Stryker Corporation, or in the alternative Memometal Inc. USA, in the following non-exclusive, particulars, to wit:

a) Manufacturing and selling a product which is unreasonably dangerous in construction and/or composition.

b) Manufacturing and selling a product which is unreasonably dangerous in design.

**IMAGED DEC 17 2013**

3

04/08/2014 11:36:26CERTIFIED TRUE COPY - Pg 3 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

C) Failing to provide adequate warning.

d) Manufacturing and selling a product that is unreasonably dangerous because it does not conform to an express warranty of the manufacturer.

19.

The defective condition of the implant existed at the time the product left the control of its manufacturer.

20.

At all times material hereto, JKL Insurance Company and MNO Insurance Company had in full force and effect a liability insurance policies providing coverage to defendants respectively, Stryker Corporation and Memometal Inc. USA, for plaintiff's claims in this lawsuit.

21.

At all times material hereto, ABC Insurance Company had in full force and effect a liability insurance policy providing coverage to defendant, Dr. Denise Elliot, for plaintiff's claims in this lawsuit.

22.

At all times material hereto, DEF Insurance Company had in full force and effect a liability insurance policy providing coverage to defendant, West Jefferson Medical Center, for plaintiff's claims in this lawsuit.

23.

At all times material hereto, GHI Insurance Company had in full force and effect a liability insurance policy providing coverage to defendant, Foot and Ankle Center, for plaintiff's claims in this lawsuit.

24.

In the alternative, Plaintiff asserts the doctrine of res ipsa loquitur to the aforementioned facts and Defendants' negligence.

25.

Plaintiff, Kale Flagg, itemizes his damages as follows: Past, present and future: Medical expenses, physical pain and suffering, mental anguish and emotional distress, lost wages, loss of service, society, and all other damages proven at trial.

IMAGED DEC 17 2013

4



04/08/2014 11:36:26CERTIFIED TRUE COPY - Pg 4 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

WHEREFORE, plaintiff prays that after due proceedings, and trial by jury, there be judgment rendered in favor of KALE FLAGG and against DR. DENISE ELLIOT, WEST JEFFERSON MEDICAL CENTER, FOOT AND ANKLE CENTER, STRYKER CORPORATION, MEMOMENTAL INC., USA, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY , GHI INSURANCE COMPANY, JKL INSURANCE COMPANY, AND MNO INSURANCE COMPANY, for the full amount proven by the evidence, plus legal interest from the date of judicial demand until paid, court cost and experts' fees.

Respectfully submitted,

KRISTINA L.F. OHLMEYER– Bar #. 28041
RALEIGH L. OHLMEYER-Bar #27594
OHLMEYER & OHLMEYER, LLC
1100 Poydras Street, Suite 2900
New Orleans, LA 70163-2900
Telephone: (504) 585-7370
Facsimile: (504) 617-6516

IMAGED DEC 17 2013

Please hold service at this time



5

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: _Kate Flagg_

vs.

_Dr. Denise Elliot etal_

Court: __24th Judicial District__   Docket Number: _733-660_

Parish of Filing: _Jefferson_   Filing Date: _Dec. 9, 2013_

Name of Lead Petitioner's Attorney: _Kristina Ohlmeyer_

Name of Self-Represented Litigant: _____

Number of named petitioners: _1_   Number of named defendants: _10_

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [ ] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [x] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [x] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:
_Petition for damages sustained due to failure of implant and Defendants' negligence etc._

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Kristina L. F. Ohlmeyer_ Signature _Kristina F Ohlmeyer_

Address _1100 Poydras St., Ste 2900, New Orleans, LA 70163_

Phone number: _504-585-7370_   E-mail address: _Klfohlmeyer@_

04/08/2014 11 36 26CERTIFIED TRUE COPY - Pg.1 of 1 - Jefferson Parish Clerk of Court by Jessica L. Santos

**OHLMEYER & OHLMEYER, L.L.C.**

ATTORNEYS AT LAW
2900 ENERGY CENTER
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2900

Filed By: **FAX**
Date: _3-7-14_
Time: _2:30pm_
Deputy Clerk: _____
P (see attached)
FAX:  504-617-6516
klfohlmeyer@aol.com

Raleigh L. Ohlmeyer, III.
Kristina L. F. Ohlmeyer

Via Facsimile Transmission (504) 364-3780

March 7, 2014

Clerk of Court
Honorable Jon A. Gegenheimer
24th Judicial District Court for the Parish of Jefferson
P.O. Box 10
Gretna, LA 70054-0010

RE:  *Kale Flagg v. Dr. Denise Elliot, et al; 24th JDC, No733-660;Sec"P"*

Dear Sir:

Please issue service to the five Defendants below:

Dr. Denise Elliot
1111 Medical Center Blvd Suite 507N
Marrero, LA 70072

And
West Jefferson Medical Center
1101 Medical Center Blvd.
Marrero, LA 70072

And
Stryker Corporation
Via Long Arm Service
2825 Airview Boulevard
Kalamazoo, Michigan  49002

And
Memomental Inc., USA
Via Long Arm Service
325 Corporate Drive
Mahwah, NJ 07430

Foot and Ankle Center
through their Agent for Service of process
Denise Lea Elliot, DPM
STE. N-507
Marrero, LA 70072

2c.i + t Pets - IAS
ISSUED 3.c.i + t Pets
DATE  2/13/14
Deputy Clerk

Thank you in advance for your time and response.

Sincerely,

c/signed        Kristina L.F. Ohlmeyer



04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg:1 of 3 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

733-660 P

`;************* -JOURNAL- ***●*******************`   DATE MAR-07-●4 ***** TIME 14:31 ********

| NO. | COMM. | PAGES | FILE | DURATION | X/R | IDENTIFICATION | DATE | TIME | DIAGNOSTIC |
|-----|-------|-------|------|----------|-----|----------------|------|------|------------|
| 157 | OK | 002 | 004 | 00:00:59 | RCV | 15046176516 | MAR-07 | 14:30 | 050FC00000070003 |

-24TH JDC CLERK OF COURT -

`***** UF-7200 ***********************` -        `- ***** -`        5043643780- `*********`

IMAGED MAR 14 2014

04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg 2 of 3 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

# FAX COVER SHEET

**Filed By: FAX**
Date: _3-7-14_
Time: _2:30 am_
Deputy Clerk: _Jessica Villia_
(see attached le

| TO | Clerk of Court |
|----|----|
| COMPANY | 24th JDC |
| FAX NUMBER | 15043643780 |
| FROM | Kristina Ohlmeyer |
| DATE | 2014-03-07 20:28:04 GMT |
| RE | Flagg v. Elliot et al |

IMAGED MAR 14 2014

## COVER MESSAGE

Please see attached

WWW.EFAX.COM

MAR-07-2014  14:30                    15046176516                          P.001



04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg 3 of 3 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos




(101) Citation: ISSUE PETITION FOR DAMAGES;                     140313-4942-7



### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

KALE FLAGG
versus
DENISE ELLIOT DR, WEST JEFFERSON MEDICAL
CENTER, FOOT AND ANKLE CENTER, STRYKER
CORPORATION, MEMOMENTAL INC USA, ABC
INSURANCE COMPANY, DEF INSURANCE COMPANY,
GHI INSURANCE COMPANY, JKL INSURANCE
COMPANY, MNO INSURANCE COMPANY

Case: 733-660   Div: "P"
P 1 KALE FLAGG

To: DENISE ELLIOT DR
1111 MEDICAL CENTER BLVD
STE  507N
MARRERO LA 70072

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within 15 FIFTEEN CALENDAR days after the service hereof,
under penalty of default.

This service was requested by attorney KRISTINA F. OHLMEYER and was issued by the Clerk
of Court on the 13th day of March, 2014.

/s/ Rod A Schouest
Rod A Schouest, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES;                     140313-4942-7
Received MAR 14   Served: 3/14/14   Returned: 3/17/14

Service was made:
____ Personal   ____ Domiciliary _____

Unable to serve:
____ Not at this address   ____ Numerous attempts _____ times
____ Vacant               ____ Received too late to serve
____ Moved                ____ No longer works at this address
____ No such address      ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $ 20.00
Completed by: _____   # ___ R. DEETERS #116545
Parish of: _____   J.P.S.O.



04/08/2014 11:36:26CERTIFIED TRUE COPY - Pg 1 of 1 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos



(101) Citation: ISSUE PETITION FOR DAMAGES;

140313-4946-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KALE FLAGG

versus

DENISE ELLIOT DR, WEST JEFFERSON MEDICAL
CENTER, FOOT AND ANKLE CENTER, STRYKER
CORPORATION, MEMOMENTAL INC USA, ABC
INSURANCE COMPANY, DEF INSURANCE COMPANY,
GHI INSURANCE COMPANY, JKL INSURANCE
COMPANY, MNO INSURANCE COMPANY

Case: 733-660   Div: "P"
P 1 KALE FLAGG

To: FOOT AND ANKLE CENTER
THRU DENISE LEA ELLIOT, DPM
STE N-507
MARRERO LA 70072

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within 15 FIFTEEN CALENDAR days after the service hereof,
under penalty of default.

This service was requested by attorney KRISTINA F. OHLMEYER and was issued by the Clerk
of Court on the 13th day of March, 2014.

/s/ Rod A Schouest
Rod A Schouest, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES;

140313-4946-8

Received: MAR 14     Served: 3/14/14     Returned: 3/14/14

Service was made:
_____ Personal     _____ Domiciliary _____

Unable to serve:
_____ Not at this address      _____ Numerous attempts _____ times
_____ Vacant                   _____ Received too late to serve
_____ Moved                    _____ No longer works at this address
_____ No such address          _____ Need apartment / building number
_____ Other _____

Service: $_____      Mileage: $_____      Total: $ 20.00

Completed by: _____      # _____      R. DEETERS #116545
Deputy Sheriff                                              J.P.S.O.

Parish of: _____



04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

 

(101) Citation: ISSUE PETITION FOR DAMAGES;                    140313-4943-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KALE FLAGG
   versus
DENISE ELLIOT DR, WEST JEFFERSON MEDICAL            Case: 733-660   Div: "P"
CENTER, FOOT AND ANKLE CENTER, STRYKER              P 1 KALE FLAGG
CORPORATION, MEMOMENTAL INC USA, ABC
INSURANCE COMPANY, DEF INSURANCE COMPANY,
GHI INSURANCE COMPANY, JKL INSURANCE
COMPANY, MNO INSURANCE COMPANY

To:  WEST JEFFERSON MEDICAL CENTER
WEST JEFFERSON MEDICAL CENTER
1101 MEDICAL CENTER BLVD
MARRERO LA 70072

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within 15 FIFTEEN CALENDAR days after the service hereof,
under penalty of default.

This service was requested by attorney KRISTINA F. OHLMEYER and was issued by the Clerk
of Court on the 13th day of March, 2014.

                          /s/ Rod A Schouest
                          Rod A Schouest, Deputy Clerk of Court for
                          Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES;          140313-4943-5
Received: _____  Served: 3/14/14  Returned: 3/17/14

Service was made:
   ____ Personal      ____ Domiciliary _____

Unable to serve:
   ____ Not at this address    ____ Numerous attempts ____ times
   ____ Vacant                 ____ Received too late to serve
   ____ Moved                  ____ No longer works at this address
   ____ No such address        ____ Need apartment / building number
   ____ Other _____

Service: $_____  Mileage: $_____  Total: $ 20.00

Completed by: _____  # R: DEETERS #116545
              Deputy Sheriff                     J.P.S.O.
Parish of: _____



04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

Filed by: Fax
Date: 3/20/2014
Time: 1:50pm
Deputy Clerk: _____
(SEE ATTACHED LOG)

D1/870

**KALE FLAGG**

**VERSUS**

**DR. DENISE ELLIOT, ET AL**

_____ DICIAL DISTRICT COURT

DOCKET NO. 733-660

JEFFERSON PARISH, LOUISIANA

CODED

---

### EXCEPTIONS OF PREMATURITY, VAGUENESS AND AMBIGUITY

---

NOW INTO COURT, through undersigned counsel, comes defendant, Dr. Denise Elliot and

Foot and Ankle Center, LLC, appearing solely for the purpose of these exceptions, who asserts the

following exception to the plaintiff's Petition for Damages.

### EXCEPTION OF PREMATURITY

1.

Dr. Denise Elliot and Foot and Ankle Center, LLC, are qualified health care providers

pursuant to the Louisiana Medical Malpractice Act, Louisiana Revised Statute 40:1299.41 et seq.,

which at all times pertinent herein was enrolled in the Louisiana Patient's Compensation Fund

(PCF).

2.

Pursuant to said statute, a certified copy of the applicable Certificate of Enrollment has been

requested from the PCF and will be offered into evidence upon receipt, establishing defendants'

enrollment with the PCF as a qualified health care provider.  LSA-R.S. 40:1.299.47B(1)(a)(ii)

specifically provides that such certificate shall be admitted into evidence.

3.

As a PCF qualified health care provider, defendants are entitled to have plaintiff's allegations

of medical malpractice presented to a Medical Review Panel in accordance with LSA-R.S.

40:1299.47 et seq.

4.

The provisions of LSA-R.S. 40:1299.47B allow the filing of suit herein only after the case

has been presented to a medical review panel and a decision is rendered.  Applicable case law

provides that the dilatory exception of prematurity is the proper vehicle to file in response to a suit

such as the above captioned, and that such a suit should be dismissed without prejudice, pending

completion of the Medical Review Panel process.

IMAGED MAR 25 2014

5.

Plaintiff's suit is premature, in that this matter has not yet been presented to a medical review panel, and no opinion has been rendered by such a panel as required by LSA-R.S. 40:1299.47B.

6.

This matter must be dismissed in its entirety for the reasons set forth in the attached supporting Memorandum, pursuant to La. C.C.P. Art. 423 and Art. 926, all at plaintiff's costs. The courts have specifically ruled that it is not appropriate to stay such a matter.

## EXCEPTIONS OF VAGUENESS AND AMBIGUITY

1.

Certain of the allegations of the Petition filed by the plaintiff are vague and ambiguous, all as more fully outlined in the attached memorandum.

WHEREFORE,  Dr. Denise Elliot and Foot and Ankle Center, LLC pray that these Exceptions be granted and that this suit be dismissed against Dr. Denise Elliot and Foot and Ankle Center, LLC and at no cost to Dr. Denise Elliot and Foot and Ankle Center, LLC.

Respectfully submitted,

JUDICE & ADLEY
(A Professional Law Corporation)

MICHAEL W. ADLEY (#2349)
P. O. Drawer 51769
Lafayette, Louisiana 70505-1769
Telephone:  (337) 235-2405
Facsimile:  (337) 235-0965
mwa@judice-adley.com
ATTORNEY FOR  DR. DENISE ELLIOT
AND FOOT AND ANKLE CENTER, LLC

IMAGED MAR 25 2014

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has this date been forwarded to all known counsel herein via US mail, email or facsimile.

Lafayette, Louisiana this _20th_ day of _March_ , 20 _14_ .

_____

MICHAEL W. ADLEY

IMAGED MAR 25 2014

04/08/2014 11:36:26CERTIFIED TRUE COPY - Pg 3 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

Marc W. Judice
Michael W. Adley
James J. Hautot
Michelle R. Judice
Daniel C. Palmintier
Cynthia A. Acosta
J. Ryan Pierret
Adam P. Gulotta

## JUDICE & ADLEY

A Professional Law Corporation
926 Coolidge Boulevard
Lafayette, LA 70503-2434
72-0912591

P. O. Drawer 51769
Lafayette, LA 70505-1769
337-235-2405
Fax 1-337-235-0965
E-mail: mwa@judice-adley.com
Web Site Address: judice-adley.com

March 20, 2014

**VIA FACSIMILE NO. 1-504-364-3780**
Honorable Jon Gegenheimer
Jefferson Parish Clerk
Post Office Box 10
Gretna, Louisiana 70054

RE:     Kale Flagg
VS.     Dr. Denise Elliott, DPM
PCF NO.  2013-01306
DOCKET NO.: 733-660
J&A File No. 6807-64

Dear Sir:

In connection with the above captioned matter, please find enclosed Exceptions of Prematurity, Vagueness and Ambiguity to be filed on behalf of Dr. Elliot.

Please present same to the Judge for consideration and signature and file into the record.

Also enclosed is this firm's check in the amount of $~~160.00~~ *175.00* to cover all costs associated with this request.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me to discuss.

With kindest regards, we remain

Sincerely,

Michael W. Adley
MWA/trs
Enclosures
cc:     Donna Wood *(via facsimile number 1-800-977-8810)*
        Ms. Kristina L.F. Ohlmeyer *(via facsimile number 1-504-617-6516)*



JUDICE & ADLEY
A PROFESSIONAL LAW CORPORATION
926 Coolidge Boulevard
LAFAYETTE, LOUISIANA 70503-2434

Honorable Jon Gegenheimer
Jefferson Parish Clerk
Post Office Box 10
Gretna, Louisiana 70054



IMAGED   MAR 25 2014

# 0000031828

U.S. POSTAGE
00.90
POSTALIA 10756G
***

04/08/2014 11 35 28CERTIFIED TRUE COPY - Pg 5 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

**KALE FLAGG**

**VERSUS**

**DR. DENISE ELLIOT, ET AL**

24TH JUDICIAL DISTRICT COURT

DOCKET NO. 733-660

JEFFERSON PARISH, LOUISIANA

Filed by: Fax
Date: 3/20/an U
1:50pm
Deputy Clerk:
(SEE ATTACHED LOG)

**MEMORANDUM IN SUPPORT OF EXCEPTIONS**

**MAY IT PLEASE THE COURT:**

This memorandum in written in support of the Exceptions filed by defendants, Dr. Denise

Elliot and Foot and Ankle Center, LLC. This suit involves a claim of alleged medical malpractice.

**Exception of Prematurity**

This action is a medical malpractice suit filed against health care providers and others. The

healthcare providers are qualified healthcare providers pursuant to the Louisiana Medical

Malpractice Act, LSA-R.S. 40:1299.46 et seq.

Defendants, Dr. Denise Elliot and Foot and Ankle Center, LLC, filed an Exception of

Prematurity on the grounds that this action may not be maintained because, at all pertinent times

herein Dr. Denise Elliot and Foot and Ankle Center, LLC were Qualified Health Care Providers as

defined by the Medical Malpractice Act and this matter has not been presented to a medical review

panel. Therefore, no opinion has been rendered by such a panel, as required by the Act.  LSA-R.S.

40:1299.47 provides as follows:

> B.(1)(a)(i)  No action against a health care provider covered by this
> Part, or his insurer, may be commenced in any court before the
> claimant's proposed complaint has been presented to a medical
> review panel established pursuant to this Section.

It has been clearly held, and is now settled, that a medical malpractice suit against a Qualified

Health Care Provider is premature and must be dismissed when Plaintiff has failed to submit the

claim for decision by a medical review panel before filing suit against the provider. *Spradlin v.*

*Acadia-St. Landry Medical Foundation*, 758 So.2d 116, 119 (La. 2000); *Knepper v. State*, 359 So.2d

1127 (La. App. 3 Cir. 1978); *Vincent v. Voorhies*, 359 So.2d 1129 (La. App. 3 Cir. 1978); *Jarvis v.*

*Lafayette General Hospital*, 373 So.2d 1000 (La. App. 3 Cir. 1979).  More specifically, such a

premature suit must be dismissed and the proceedings may not merely be stayed, as was squarely

held in *Desselles v. Brumfield*, 386 So.2d 191 (La. App. 4 Cir. 1980) in these words:

> We grant writs and dismiss as expressly required both by La.C.C.P.
> 933's general rule 'If the dilatory exception pleading prematurity is
> sustained, the suit shall be dismissed' and by R.S. 40:1299.47(B)'s
> special rule 'No action against a health care provider covered by this
> Part...may be commenced in any court of this state before...presented
> to a medical review panel.'

Therefore, the law is clear that the plaintiff's suit is premature and should be dismissed as

against Exceptor herein, at Plaintiff's cost.

In addition to the foregoing, Dr. Denise Elliot and Foot and Ankle Center, LLC have asserted

the Exceptions of Vagueness and Ambiguity. Certain allegations of the Petition for Damages are

vague and ambiguous.

In paragraph 17 of the Petition, the plaintiff asserted the following:

17.

> As a result of the negligence of defendants, plaintiff suffered personal
> injuries, including but not limited to disfigurement, inability to walk
> properly, constant pain, mental anguish, and emotional distress.

The problem with the foregoing allegation is in the words **"including but not limited to. .**

**."** Such allegations are open-ended allegations which are not permitted by law.

Similarly, paragraph 18 contains vague and open-ended allegations. Paragraph 18 provides

as follows:

18.

> Plaintiff's injuries were caused by the defective and unreasonably
> dangerous product manufactured and sold by Stryker Corporation, or
> in the alternative Memometal Inc. USA, in the following non-
> exclusive, particulars, to wit:
>
> a) Manufacturing and selling a product which is
> unreasonably dangerous in construction and/or
> composition.
>
> b) Manufacturing and selling a product which is
> unreasonably dangerous in design.
>
> d) Manufacturing and selling a product that is
> unreasonably dangerous because it does not conform
> to an express warranty of the manufacturer.

The problem with the foregoing allegation is in the words **"in the following non-exclusive,**

**particulars. . ."** Such allegations are open-ended allegations which are not permitted by law.

Similarly, paragraph 25 contains vague and open-ended allegations. Paragraph 18 provides

as follows:


IMAGED MAR 25 2014

04/08/2014 11 36 26CERTIFIED TRUE COPY - Pg 2 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

25.

Plaintiff, Kale Flagg, itemizes his damages as follows: Past, present and future: Medical expenses, physical pain and suffering, mental anguish and emotional distress, lost wages, loss of service, society, and all other damages proven at trial.

The problem with the foregoing allegation is in the words **"and all other damages proven at trial. . ."** Such allegations are open-ended allegations which are not permitted by law.

The fact that the allegations set forth above are vague and ambiguous is well established by the case of Snoddy v. City of Marksville, 702 So.2d 890 (La. App. 3rd Cir. 1997). In Snoddy, the plaintiff made allegations similar to those set forth above. The trial court ruled that such allegations were vague and ambiguous, and the Court of Appeals agreed. The following is the pertinent excerpt from the Snoddy decision:

At the hearing on the exceptions, the trial court, on its own motion, ordered the language stricken from the petition. We agree with that portion of the trial court's judgment and affirm that holding. Rabalais cites Sikes v. McLean Trucking Co., 383 So.2d 111 (La. App. 3rd Cir. 1980), in support of his argument that the entire petition is vague because of the offending language. In Sikes, this court held:

The injuries which plaintiff initially alleged, were "severe and painful personal injuries, including, but not limited to, an acute cervical and lumbar strain." Because it is worded in this "open-ended manner", this allegation is broad enough to include the injuries plaintiffs listed in their amended petition.

The trial court properly pointed out that the exception of vagueness had been available to the defendants if they wished to be better apprised of [plaintiff's] injuries. Instead, the defendants chose to let the matter lie, taking their chances of being sustained in objecting to the evidence at trial.

Id, at 114.

We agree with the rationale in Sikes and do not intend to change it with this opinion. Open-ended allegations should be met with either an exception of vagueness or a motion to strike. By filing such, petitioner is placed on notice that she should specifically plead negligence and damages and that she cannot rely on general, open-ended allegations. Just as open-ended allegations do not fairly allow a defendant to form a defense, failure to object to them places the petitioner in the position that she may feel entitled to offer proof of "any and all negligence" as well as "any and all damages" at the trial of the merits. Either situation allows the unwary to fall into a trap.

Snoddy, at 898-899.

In view of the foregoing, it is clear that the allegations set forth in the Petition are vague and ambiguous. Therefore, the Exceptions of Vagueness and Ambiguity should be maintained and the vague and ambiguous allegations should be stricken.

IMAGED MAR 25 2014

04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg 3 of 5 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos

## CONCLUSION

The law is clear that the plaintiff's suit is premature and should be dismissed as against Dr. Denise Elliot and Foot and Ankle Center, LLC, all at Plaintiff's costs.

Additionally, the Exceptions of Vagueness and Ambiguity should be granted and the offending allegations should be stricken.

Respectfully submitted,

**JUDICE & ADLEY**
(A Professional Law Corporation)

**MICHAEL W. ADLEY (#2349)**
P. O. Drawer 51769
Lafayette, Louisiana 70505-1769
Telephone: (337) 235-2405
Facsimile: (337) 235-0965
mwa@judice-adley.com
ATTORNEY FOR DR. DENISE ELLIOT
AND FOOT AND ANKLE CENTER, LLC

IMAGED MAR 25 2014

KALE FLAGG

VERSUS

DR. DENISE ELLIOT, ET AL

24TH JUDICIAL DISTRICT COURT

DOCKET NO. 733-660

JEFFERSON PARISH, LOUISIANA

## ORDER

IT IS ORDERED that the Exception of Prematurity, Vagueness and Ambiguity filed on behalf of defendants, Dr. Denise Elliot and Foot and Ankle Center, LLC , be and is hereby fixed for hearing on the _____ day of _____, 2014 at _____ o'clock a.m. in _____, Louisiana.

THUS DONE AND SIGNED at _____, Louisiana, this _____ day of _____, 2014.

_____
DISTRICT JUDGE

IMAGED - MAR 25 2014

7649-18131

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 733-660                                                        DIVISION "P"

### KALE FLAGG

### VERSUS

**DR. DENISE ELLIOT, WEST JEFFERSON MEDICAL CENTER,
FOOT AND ANKLE CENTER, STRYKER CORPORATION,
MEMOMENTAL, INC., USA, ABC INSURANCE COMPANY,
DEF INSURANCE COMPANY, GHI INSURANCE COMPANY,
JKI INSURANCE COMPANY, AND MNO INSURANCE COMPANY**

FILED: _____                    _____
                                                     DEPUTY CLERK

### MOTION AND ORDER FOR EXTENSION OF TIME TO PLEAD

On motion of defendant, JEFFERSON PARISH HOSPITAL SERVICE DISTRICT
No. 1, D/B/A WEST JEFFERSON MEDICAL CENTER ("WJMC"), through undersigned
counsel, who, on suggesting to the Court that it has been served with a Petition for Damages
filed by plaintiff herein, and will need an extension of time within which to review the pleadings,
and investigate the matter before filing responsive pleadings, and that mover, therefore, requests
an extension of time of thirty (30) days, within which to file responsive pleadings thereto;

### ORDER

IT IS ORDERED that mover, JEFFERSON PARISH HOSPITAL SERVICE
DISTRICT No. 1, D/B/A WEST JEFFERSON MEDICAL CENTER, be and it is hereby
granted an extension of time of thirty (30) days, within which to file responsive pleadings to
plaintiff's Petition for Damages.

GRETNA, LOUISIANA, this _____ day of MARCH, 2014.

_____
JUDGE



04/08/2014 11:36:26 CERTIFIED TRUE COPY - Pg 1 of 2 - Jefferson Parish Clerk of Court - /s/Jessica L. Santos



723-440

Respectfully submitted,

Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Michael C. Luquet (Bar #1887)
Lydia Habliston Toso (Bar #12873)
BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile:  (504) 584-5452

*Counsel for Jefferson Parish Hospital Service District
No. 1, d/b/a West Jefferson Medical Center*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this ___31___ day of MARCH, 2014, served a copy

of the foregoing pleading on counsel for all parties to this proceeding by facsimile or by mailing

the same by United States Mail, properly addressed and first class postage prepaid.

MICHAEL C. LUQUET

IMAGED APR 08 2014

7649-48131

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO.   733-660                                        DIVISION "P"

**KALE FLAGG**

**VERSUS**

**DR. DENISE ELLIOT, WEST JEFFERSON MEDICAL CENTER,
FOOT AND ANKLE CENTER, STRYKER CORPORATION,
MEMOMENTAL, INC., USA, ABC INSURANCE COMPANY,
DEF INSURANCE COMPANY, GHI INSURANCE COMPANY,
JKI INSURANCE COMPANY, AND MNO INSURANCE COMPANY**

FILED: _____    _____
                                                    **DEPUTY CLERK**

**REQUEST FOR WRITTEN NOTICE**

TO:   **CLERK OF COURT**
       24TH Judicial District Court
       Parish of Jefferson
       200 Derbigny Street
       Gretna, Louisiana 70053

NOW INTO COURT, through undersigned counsel, comes defendant, JEFFERSON

PARISH HOSPITAL SERVICE DISTRICT NO. 1, D/B/A WEST JEFFERSON

MEDICAL CENTER ("WJMC"), who requests notice of all filings of pleadings, judgments,

orders, and the fixing of all trial dates pursuant to Article 1913, 1914, and 1572 of the Louisiana

Code of Civil Procedure.

Respectfully submitted,

_____

Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Michael C. Luquet (Bar #1887)
Lydia Hablitson Toso (Bar #12873)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile:  (504) 584-5452

*Counsel for Jefferson Parish Hospital Service
District No. 1, d/b/a West Jefferson Medical Center*



733. 4@

IMAGED APR 03 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 31 day of MARCH, 2014, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile or by mailing the same by United States Mail, properly addressed and first class postage prepaid.

MICHAEL C. LUQUET

195158.1